IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | |
| § | CRIMINAL ACTION NO. C-08-237 |
| BENITO SILVA, JR., BENITO SILVA, III, § | |
| JOSE RAMIREZ, GUALBERTO RAMIREZ, § | |
| LEO RAMON, ENCARNACION CHAVEZ, § | |
| AKA: CHONO; JOE PEREZ; RAUL SOLIZ § | |

## ORDER VACATING SEALED ORDER GRANTING MOTION
## TO SEAL INDICTMENT AND RELATED DOCUMENTS

The Court hereby VACATES its Sealed Order Granting Motion to Seal Indictment and Related Documents signed and entered on May 16, 2008 (D.E. 79).

SIGNED and ORDERED this 16th day of May, 2008.

_____
Janis Graham Jack
United States District Judge